■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH SMITH, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's sentence was neither harsh nor excessive. (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Criminal Possession Stolen Property, 5th Degree.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS R. JONES, JR., Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Erie County Court, Drury, J.—Violation of Probation.) Present—Boomer, J. P., Pine, Lawton, Boehm and Davis, JJ.

■ PATRICIA A. HUTCHES, Doing Business as CENTURY 21— HUTCHES AGENCY, Appellant, v MICHAEL E. GABRIELLI et al., Respondents.—Order unanimously reversed on the law with costs and motion granted. Memorandum: The court erred in denying plaintiff's motion for summary judgment. On her motion, plaintiff tendered evidentiary proof in admissible form establishing her cause of action as a matter of law. Defendants in response failed to raise a question of fact concerning their liability to plaintiff *(see, Friends of Animals v Associated Fur Mfrs.,* 46 NY2d 1065). (Appeal from Order of Supreme Court, Steuben County, Purple, Jr., J.—Summary Judgment.) Present—Boomer, J. P., Pine, Lawton, Boehm and Davis, JJ.